UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| DENNIS MONTGOMERY, et al., | ) | 3:06-CV-0056-BES-VPC |
| Plaintiff(s), | ) | |
| vs. | ) | |
| ETREPPID TECHNOLOGIES, LLC, et al., | ) | |
| Defendant(s). | ) | |
| and | ) | |
| ETREPPID TECHNOLOGIES, LLC., | ) | 3:06-CV-0145-BES-VPC |
| Plaintiff(s), | ) | |
| | ) | **MINUTES OF PROCEEDINGS** |
| v. | ) | |
| DENNIS MONTGOMERY, et al., | ) | Dated: September 26, 2006 |
| Defendant(s), | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, MAGISTRATE JUDGE
Deputy Clerk:      Lisa Mann         Court Reporter:      FTR
Counsel for Plaintiff(s):         Michael Flynn
Counsel for Defendant(s):        Jerry Snyder and (Telephonically) Carlotta Wells

PROCEEDINGS: STATUS CONFERENCE

2:09 p.m.  Court convenes.

    The Court addresses the parties regarding the sequence of events concerning discovery and the status of this action.

    The Court indicates for the record the motions that are pending in these cases.

    The Court hears from the parties concerning how to proceed in these matters with respect to the sealed matter pending before this Court regarding the same parties.

Dennis Montgomery, et al. v. eTreppid Technologies, LLC, et al.
3:06-CV-0056-BES-VPC
and
eTreppid Technologies, LLC v. Dennis Montgomery, et al.
3:06-CV-0145-BES-VPC
September 26, 2006
Page 2

The Court and the parties discuss various options regarding how to proceed with these pending actions.

Having reviewed the docket sheets of these cases, heard from parties, and good cause appearing, the Court finds that these proceedings shall be STAYED with respect to all discovery including the outstanding discovery between eTreppid Technologies, LLC and Dennis Montgomery, et al. In the event eTreppid Technlogies, LLC wishes to obtain information or subpoena records from Mr. Montgomery's current employer in the State of Washington, the Court will allow that discovery to proceed.

The parties shall complete the briefing on the pending motions for protective order (#74) and (#83) in case number 3:06-CV-0056-BES-VPC. The oral request by counsel for Mr. Montgomery for an extension of time to file responses to these motions is GRANTED. Any opposing memoranda to the motions for protective order shall be filed no later than **Tuesday, October 24, 2006**. Any reply memoranda shall be filed no later than **Thursday, November 9, 2006**.

The Court notes for the record that the parties raised the issue of briefing on the pending dispositive motions in these actions; however, the Court is concerned that its report and recommendation regarding the sealed search warrant matter may inhibit the full discussion on briefing regarding the motions to dismiss. Therefore, with respect to the briefing of the pending motions to dismiss, regarding Mr. Montgomery's opposition to these motions, the parties shall raise this issue with the District Court.

To the extent the parties wish to request a status conference with the District Court, they shall address that issue with the District Court.

IT IS SO ORDERED.

3:29 p.m.  Court adjourns.

LANCE S. WILSON, CLERK
By: /s/
Lisa Mann, Deputy Clerk