UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MONTGOMERY, et al., )<br>)<br>        Plaintiffs, )<br>)<br>vs. )<br>)<br>eTREPPID TECHNOLOGIES, INC.,)<br>et al., )<br>)<br>        Defendants. )<br>_____)<br>)<br>eTREPPID TECHNOLOGIES, INC.,)<br>et al., )<br>)<br>        Plaintiffs, )<br>)<br>vs. )<br>)<br>DENNIS MONTGOMERY, et al., )<br>)<br>        Defendants. )<br>_____) | 3:06-CV-0056-BES (VPC)<br>3:06-CV-0145-BES (VPC)<br><br>**MINUTES OF THE COURT**<br><br>November 2, 2006 |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Dennis Montgomery and Montgomery Family Trust ("Montgomerys") have filed an ex parte motions re: hearing on how to treat sealed material, or in the alternative, an order shortening time for response (#96 & #58).

     IT IS ORDERED that the Montgomerys shall file the opposition to the Department of Defense's motion for protective order and eTreppid's motion for protective order under seal by *hand-delivering* the opposition to the Clerk of Court. The Clerk of Court is directed that the opposition shall be submitted to this court for *in camera* review to determine whether it shall be

electronically imaged and/or unsealed.  Until further order of this court, no other parties to this action shall be provided copies of the document.

Based upon the foregoing, Montgomerys' motions (#96 & #58) are denied as moot.

**IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                By:_____/s/_____
                          Deputy Clerk