1  GUNDERSON LAW FIRM
   Mark H. Gunderson, Esq.
2  Nevada State Bar No. 2134
   Catherine Gunderson, Esq.
3  Nevada State Bar No. 10362
   3895 Warren Way
4  Reno, Nevada 89509
   Telephone: 775.829.1222
5  Facsimile:  775.829.1226

6  Randall J. Sunshine, Esq. (SBN: CA 137363)
   Ellyn S. Garofalo, Esq. (SBN: CA 158795)
7  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE & REGENSTREIF & TAYLOR LLP
8  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
9  Telephone:  (310) 500-3500
   Facsimile:  (310) 500-3501
10
11 (ADMITTED PRO HAC VICE)

12 Attorneys for DENNIS MONTGOMERY and the
   MONTGOMERY FAMILY TRUST
13

14              UNITED STATES DISTRICT COURT

15                  DISTRICT OF NEVADA

16

17 DENNIS MONTGOMERY and the
   MONTGOMERY FAMILY TRUST
                                           Case No.  3:06-CV-00056-PMP-VPC
18         Plaintiff                       BASE FILE

19     vs.
                                           (Consolidated with Case No. 3:06-CV-
20 ETREPPID TECHNOLOGIES, LLC,             00145-PMP-VCP)
   WARREN TREPP, and the UNITED
21 STATES DEPARTMENT OF DEFENSE

22         Defendants.                     **MOTION TO WITHDRAWL AS LOCAL**

23 _____/            **COUNSEL**

24 AND RELATED CASES.

25 _____/

26

27

28

MARK H. GUNDERSON, LTD.
   A PROFESSIONAL
   LAW CORPORATION
     SUITE 200
  5345 KIETZKE LANE                             -1-
  RENO, NEVADA 89511
   (775) 829-1222

1  Mark H. Gunderson, Esq. and Gunderson Law Firm ("Gunderson"), Nevada local counsel for

2  Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP ("Liner") legal counsel for

3  and Dennis Montgomery the Montgomery Family Trust and all of the entities for whom

4  Gunderson is local counsel including: Brenda Montgomery, Edra Bilxseth, and Opspring, LLC

5  ("Montgomery") seek an order from this Court permitting its withdrawal as Nevada local

6  counsel of record for Dennis Montgomery. This motion is based upon Supreme Court Rules 46,

7  Rule 1.16 of the Nevada Rules of Professional Conduct, and EDCR 7.40, the attached

8  memorandum of points and authorities, and the attached affidavit of counsel.

9  ## SUPPORTING POINTS AND AUTHORITIES

10  Nevada Supreme Court Rule 46(2) permits the attorney in an action to be changed prior to

11  judgment or final determination, "upon the order of the court or judge thereof on the application

12  of the attorney or client." Rule 1.16(b) of the Nevada Rules of Professional Conduct states, in

13  relevant part, that a lawyer may withdraw from representing a client if withdrawal can be

14  accomplished without material adverse effect on the interests of the client, the client fails to

15  substantially fulfill an obligation to the lawyer regarding the lawyer's services and has been

16  given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled, or the

17  representation will result in an unreasonable financial burden on the lawyer or has been rendered

18  unreasonably difficult by the client. *See* Nev. R. Prof. Conduct 1.16(b)(1), (5), & (6). In this

19  case, an irreconcilable conflict has arisen between Montgomery and Gunderson Law Firm, that

20  precludes counsel from continuing to represent Montgomery's interests in this case, as

21  Montgomery has failed to substantially fulfill its obligations to its counsel. The refusal by

22  Montgomery to fulfill its obligations to its counsel necessarily undermines counsel's ability to

23  represent Montgomery as required by Nevada's rules governing professional conduct, will render

24  counsel's representation unreasonably difficult, and will result in an unreasonable financial

25  burden on counsel. *See* Affidavit of Mark H. Gunderson, Esq., Exhibit 1. The attorney-client

26  privilege, however, precludes counsel from disclosing the specific nature of the conflicts which

27  have arisen. *Id*

28

MARK H. GUNDERSON, LTD.
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

## CONCLUSION

Based on the foregoing, and after careful consideration, discussion, review, and research by counsel, counsel has concluded that withdrawal is required in this matter pursuant to Rule 1.16 of the Nevada Rules of Professional Conduct. Therefore, counsel requests that this Court enter its order accordingly. If this Motion is granted, the last known address at which Montgomery may be served with notice of all further proceedings is:

Randall J. Sunshine, Esq. (SBN: CA 137363)
Ellyn S. Garofalo, Esq. (SBN: CA 158795)
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503

Dennis and Brenda Montgomery and Montgomery Family Trust
3812 94th Avenue N.E.
Bellevue, WA  98004
United States of America

Edra Blixseth
42-765 Dunes View Rd.
Rancho Mirage, CA 92270-4311

Opspring
600 106th Avenue NE, Ste 210
Bellevue, WA 98004-5045

DATED this 22nd day of April, 2009.

GUNDERSON LAW FIRM

By: _____
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134

MARK H. GUNDERSON, LTD.
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the GUNDERSON LAW FIRM, and that on the 22nd day of April, 2009, I caused to be served the within document described as **MOTION TO WITHDRAWL AS LOCAL COUNSEL** on the interested parties in this action as stated below:

| | |
|---|---|
| Stephen J. Peek, Esq.<br>Jerry M. Snyder, Esq.<br>Adam G. Lang, Esq.<br>Hale Lane Peek Dennison and Howard<br>5441 Kietzke Lane, 2nd Floor<br>Reno, NV 89511<br>(775)327.3000; (775)786.6179 fax<br>Email: speek@halelane.com<br>Email: jsnyder@halelane.com<br>Email: alang@halelane.com<br>Attorneys for Etreppid Technologies, and Warren Trepp | Randall J. Sunshine, Esq. (SBN: CA 137363)<br>Ellyn S. Garofalo, Esq. (SBN: CA 158795)<br>LINER YANKELEVITZ<br>SUNSHINE & REGENSTREIF LLP<br>1100 Glendon Avenue, 14th Floor<br>Los Angeles, California 90024-3503<br>(310) 500-3500; (310) 500-3501 fax<br>Email: dklar@linerlaw.com<br>Email: tpham@linerlaw.com<br>Email: rlapine@linerlaw.com<br>Attorneys for Montgomery Family Trust; Dennis Mongomery; and Brenda Montgomery |
| Reid H. Weingarten, Esq.<br>Brian M. Heberlig, Esq.<br>Robert A. Ayers, Esq.<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave. N.W.<br>Washington D.C. 20036-1795<br>(202)429-3000 (202)429-3902 fax<br>rweingarten@steptoe.com;<br>bheberlig@steptoe.com; rayers@steptoe.com<br>Attorneys for eTreppid and Warren Trepp | Rapheal O. Gomez Esq., Sr. Trail Counsel<br>U.S. Dept. of Justice Fed. Program Branch<br>Civil Division, Room 6144<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 – FAX<br>E-mail: raphael.gomez@usdoj.gov<br>Attorneys for Department of Defense |
| Greg Addington, AUSA<br>U.S. DEPARTMENT OF JUSTICE<br>100 W. Liberty St. Ste. 600<br>Reno, NV 89501<br>E-mail: Greg.addington@usdoj.gov<br>(775) 784-5181 – FAX<br>Attorneys for Department of Defense | Carlotta P. Wells, Sr. Trial Counsel<br>U.S. Dept. of Justice<br>Fed. Programs Branch<br>Civil Division, Room 7150<br>20 Massachusetts Avenue, NW<br>Post Office Box 883<br>Washington, D.C. 20044<br>(202) 514-1318; 616-8470 – FAX<br>E-mail: Carlotta.wells@usdoj.gov<br>Attorneys for Department of Defense |

MARK H. GUNDERSON, LTD.
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

-4-

1   Rolland Tellis, Esq.
    Marshall B. Grossman, Esq.
2   Heather L. Ristau, Esq.
    Bingham McCutchen LLP
3   1620 26th St., Fourth Floor, North Tower
    Santa Monica, CA 90404-4060
4   Fax: (310) 907-2143
    E-mail:roland.tellis@bingham.com;
5   marshall.grossman@bingham.com;
6   heather.ristau@bingham.com
7   Attorneys for Michael Sandoval

8   Michael J. Flynn, Esq.
    P.O. Box 690, 6125 El Tordo
9   Rancho Santa Fe, CA 92067
    One Center Plaza, Suite 240
10  Boston, MA 02129
11  Fax: (858) 759-0711
    E-mail: mjfbb@msn.com
12

Robert E. Rohde, Esq.
Gregory Schwartz, Esq.
Rohde & Van Kampen
1001 Fourth Ave. Ste. 4050
Seattle, WA 98154
Fax: (206) 405-2825
E-mail: brohde@rohdelaw.com,
gschwartz@rohelaw.com
Attorneys for Atigeo LLC

Bridget Robb Peck, Esq.
Lewis and Roca LLP
50 West Liberty St. Ste 410
Reno, NV 89501
(775) 823-2900 (775) 823-2929 Fax
Bpeck@lrlaw.com
Attorneys for Atiego LLC & Michael
Sandoval

13  X       [ELECTRONIC] By filing the document(s) electronically with the U.S. District Court and
14          therefore the Court's computer system has electronically delivered a copy of the foregoing
            documents(s) to the persons listed above at their respective email address.
15
            I declare under penalty of perjury under the laws of the State of Nevada and the United States
16
17  of American that the foregoing is true and correct.  Executed on April 22nd, 2009 in Reno, Nevada.

18

19                                              Colleen Camenisch

20

21

22

23

24

25

26

27

28

MARK H. GUNDERSON, LTD.
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

-5-