UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS MONTGOMERY and the MONTGOMERY FAMILY TRUST, | ) ) ) |
| Plaintiffs, | ) ) 3:06-CV-00056-PMP-VPC ) BASE FILE |
| v. | ) 3:06-CV-00145-PMP-VPC ) |
| ETREPPID TECHNOLOGIES, LLC; WARREN TREPP; and the UNITED STATES DEPARTMENT OF DEFENSE, | ) ) JUDGMENT ) ) |
| Defendants. | ) ) |
| AND ALL RELATED MATTERS. | ) ) ) |

In accordance with the Order Approving Settlement and Remanding for

Termination of Sanctions Proceedings issued on July 16, 2012 by the United States Court of

Appeals for the Ninth Circuit, any sanctions proceedings in this action against Deborah

Klar, Teri Pham, and the law firm Liner Grode Stein Yankelevitz Sunshine Regenstreif &

Taylor LLP are hereby terminated.

IT IS SO ORDERED.

DATED: July 16, 2012

PHILIP M. PRO
United States District Judge