UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

DENNIS MONTGOMERY and the
MONTGOMERY FAMILY TRUST,

Plaintiffs,

v.

ETREPPID TECHNOLOGIES, LLC;
WARREN TREPP; and the UNITED
STATES DEPARTMENT OF DEFENSE,

Defendants.

AND ALL RELATED MATTERS.

3:06-CV-00056-PMP-VPC
BASE FILE

3:06-CV-00145-PMP-VPC

O R D E R

Based on the Stipulation of the Parties, and for good cause shown, it is hereby ordered that:

1. All claims asserted in Montgomery, et al. v. eTreppid Technologies, LLC, et al., Case No. 3:06-CV-00056-PMP-VPC (Base File) and Case No. 3:06-CV-00145-PMP-VPC (the "Lawsuit") by Dennis Montgomery and the Montgomery Family Trust (collectively, the "Montgomery Parties") against eTreppid Technologies, LLC and Warren Trepp (collectively, the "eTreppid Parties") are dismissed with prejudice.

2. All counter-claims asserted by eTreppid Technologies, LLC in the Lawsuit against the Montgomery Parties, Edra Blixseth, and Opspring, LLC are dismissed with prejudice.

///

3. Notwithstanding the above referenced dismissals with prejudice, the Court shall retain jurisdiction over the following: (1) Michael Flynn's ("Flynn") motion to establish procedures to comply with Nevada Rules of Professional Conduct 3.3(a)(3) and (b) (Doc. #540); (2) Flynn's motion for sanctions (Doc. #545); (3) the terms of the United States Protective Order (Doc. #252, #253); and (4) enforcement of the confidentiality and non-disparagement provision of the Parties' Settlement Agreement.

4. The terms of the Parties' Settlement Agreement shall remain confidential.

5. Flynn's Motion to Retain Jurisdiction, Prevent Spoliation of Evidence, Enforce Existing Orders, and Enter a Judgment that Includes All Fees and Costs Awarded to Former Counsel (Doc. #860) is hereby GRANTED to the extent the Court retains jurisdiction over the above listed matters. The motion is denied in all other respects.

DATED: February 19, 2009

_____
PHILIP M. PRO
United States District Judge